United States District Court
Southern District of Texas
**ENTERED**
October 30, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RLI INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br><br>JLA CONSTRUCTION SOLUTIONS, LLC; JOHN R. ALVAREZ; AND NAKITA ALVAREZ,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:26-cv-04079 |

# FINAL DEFAULT JUDGMENT

This matter is before the Court on Plaintiff RLI Insurance Company's ("RLI") Motion for Default Judgment (the "Motion") against Defendants JLA Construction Solutions, LLC ("JLA"), John R. Alvarez, and Nakita Alvarez (collectively, the "Indemnitors"). The Indemnitors have each been duly and legally cited to appear, the Summonses Returned Executed having been properly filed with the Court, and the time for the Indemnitors to answer has expired. The Indemnitors have not appeared or answered in the above-styled cause and have wholly made default. Therefore, the Court having reviewed the Motion, is of the opinion that the Motion should be in all things GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that default judgment is granted against the Indemnitors, jointly and severally, as to their liability on RLI's claims for breach of contract (Count One), breach of fiduciary duty (Count Two), attorney's fees (Count Three), and costs and interest (Count Four). The Court reserves judgment on the amounts of damages pursuant to F.R.C.P. 55(b)(2). RLI shall provide the Court with an accounting of its damages or request a hearing on its damages within 30 days of the date said damages are fully liquidated.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that default judgment is entered on RLI's request for specific performance against the Indemnitors, jointly and severally, as follows:

1. Within ten (10) days of service of this Order, the Indemnitors deposit with RLI the sum of $550,000.00 in good funds as collateral security.

Signed this 30th day of October, 2026

Hon. Sim Lake
UNITED STATES DISTRICT JUDGE